HENRY R. WINTHROP et al., Appellants, *v.* HARRIET McKIM et al., Respondents.

*Winthrop* v. *McKinn* (6 Hun, 59) reversed.

(Argued March 30, 1876; decided May 30, 1876.)

REPORTED below, 6 Hun, 59.

*Edgar S. Van Winkle* for the appellants

*S. P. Nash* for the respondent.

Agree to reverse judgment of General Term and affirm judgment of Special Term.

No opinion.

EARL and MILLER, JJ., dissenting.

Judgment reversed and judgment accordingly.